No. 86–1471. LYNG, SECRETARY OF AGRICULTURE *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, ET AL. Appeal from D. C. D. C. Probable jurisdiction noted.

No. 86–1146. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* GALBREATH. C. A. 8th Cir. Certiorari granted.

No. 86–1419. OREGON DEPARTMENT OF HUMAN RESOURCES ET AL. *v.* COOS BAY CARE CENTER ET AL. C. A. 9th Cir. Certiorari granted.

No. 86–1013. LYNG, SECRETARY OF AGRICULTURE, ET AL. *v.* NORTHWEST INDIAN CEMETERY PROTECTIVE ASSN. ET AL. C. A. 9th Cir. Motion of Howenquet Community Association et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 86–61. COMMONWEALTH ELECTRIC CO. *v.* DEPARTMENT OF PUBLIC UTILITIES OF THE COMMONWEALTH OF MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 86–175. NORFOLK & WESTERN RAILWAY CO. *v.* BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–353. CONSOLIDATED RAIL CORPORATION *v.* BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES ET AL.. C. A. 2d Cir. Certiorari denied.

No. 86–503. RICHMOND, FREDERICKSBURG & POTOMAC RAILROAD CO. *v.* BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES. C. A. 4th Cir. Certiorari denied.

No. 86–849. WOODRICK *v.* HUNGERFORD ET AL. C. A. 5th Cir. Certiorari denied.